

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:22-CV-07048
JUDGE DURKIN
MAGISTRATE JUDGE FINNEGAN

| | |
|---|---|
| RICHARD DELORTO, ) | |
| NANCE MCCAFFREY, ) | |
| ) | |
| **Plaintiff**, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| EMPIRE AUTO PROTECT, ET AL., ) | |
| ) | |
| **Defendants**. ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiffs, who would show unto this Honorable Court the following in support of their complaint:

1. The Plaintiffs are residents of the Village of Inverness, County of Cook, State of Illinois.

2. The Defendant is a Corporation chartered and registered to do business in the State of New Jersey, County of Kent, State of Delaware, however, provides services in all of the continental United States.

**COUNT 1 –
BREACH OF CONTRACT**

3. The Plaintiffs purchased a "Titanium" package through Empire Auto Protect, a domestic limited liability company, whose registered agent is A Registered Agent, Inc., located at 8 The Green, Suite A, Dover, Delaware 19901.

4. This "Titanium" package stipulates a start date of December 7, 2022 on a month to month contract to pay for covered repairs on a 2014 BMW X3

1

idrive28 vehicle, owned by the Plaintiffs. (See Exhibit 1 - Declarations Page).

5. In good faith, Plaintiffs had said vehicle towed to a local BMW dealership, Motorwerks of Barrington, 1475 South Barrington Road, Barrington, IL 60010, for repair.

6. After having the dealership diagnose the vehicle to solidify a repair plan, the service advisor at Barrington Motorwerks, Eric Swanson, contacted defendants to initiate a claim for repair on the covered vehicle.

7. Eric Swanson proceeded to contact Plaintiffs after speaking with an unknown representative who told him that the vehicle was not covered under Empire Auto Protect and that it was a fraudulent claim. As such, they would not be paying for the tow, the diagnostics, or the repair of said vehicle.

8. Plaintiffs contacted Empire Auto Protect claims department directly at 888-945-0024, option #3 and were told that the claim presented to them was fraudulent, even though Plaintiffs are in possession of the declaration and contract stipulating that the contract was, in fact, valid and in force through previous payment. (Exhibit 2 - Empire Auto Protect contract).

9. This action is brought under *Federal Question Jurisdiction 28 USCS 1131*.

WHEREFORE, the Plaintiff prays for the following relief:

a. The Defendant owed the Plaintiff a duty of care;

b. The Defendant failed to meet that duty;

c. But for the Defendant's failure, the Plaintiff would not have been financially injured;

d. The Defendant's failure (and not something else) caused the Plaintiff's financial injury; and

e. The Plaintiffs seek damages for breach of contract in not honoring a paid-for, valid contract for repair work on said vehicle.

    f.    For any other remedy or relief that the Court deems equitable and proper.

## COUNT 2 - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

    10.    Plaintiff re-alleges and incorporates by reference Paragraphs 1-9.

    11.    Plaintiff truly believes Defendant's conduct in not honoring a paid-for and valid automobile service warranty, can be defined as truly **extreme and outrageous**, and that the Defendant intended that their conduct inflict severe emotional distress, or know that there is at least a high probability that their conduct will cause severe emotional distress.

    12.    That Defendant's conduct was more than malicious and intentional; *Viehweg v. Vic Tanny Intern. of Missouri, Inc., 732 S.W.2d 212, 213 (Mo.App.1987).*

    WHEREFORE, Plaintiff requests the following:

    a.    All remedies as stated under Count 1 and Court 2 are hereby incorporated by reference; and

    b.    For any other remedy or relief that the Court deems equitable and proper.

    WHEREFORE, the Plaintiff prays that the proper process be issued to the Plaintiff and that upon a hearing upon this Court, grant a judgment for the Plaintiff and against the Defendant for any and all actual, special, compensatory, and punitive damages to which this Honorable Court deems the Plaintiff to be entitled, and for attorney fees, interest, and court costs in an amount not less than $100,000.

```
                    /s/ Richard Delorto
          By:   _____
                    Pro Se Plaintiff


                    /s/ Nance McCaffrey
          By:   _____
                    Pro Se Plaintiff
```

**Pleading Certification**

     I have read the foregoing and certify that to the best of my knowledge, information, and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good-faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation.

```
                    /s/ Richard Delorto
          By:   _____
                    Pro Se Plaintiff
```

Richard Delorto
Nance McCaffrey
Pro Se Plaintiff
211 N. Haman Road
Inverness, IL 6001`0
Email:  radelorto@aol.com
Cell:   (331)221-1516

4